**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| DHS, INC. d/b/a ROTO-ROOTER, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Case No. :  10-68 |
| | * |
| | * |
| HOME DEPOT CREDIT SERVICES; | * |
| CITIBANK (SOUTH DAKOTA) N.A.; | * |
| & EQUIFAX INFORMATION SERVICES, | * |
| LLC, SEPARATELY AND SEVERALLY, | * |
| | * |
| Defendants. | * |

**NOTICE OF REMOVAL**

COMES NOW, Defendant Equifax Information Services, LLC ("Equifax"), by counsel, and hereby files this Notice of Removal of this action from the District Court of Mobile County, State of Alabama, wherein it is now pending as Case No. DV-2010-84, to the United States District Court for the Southern District of Alabama.  This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1441 and 1446.  In support hereof, Defendant shows this Court as follows:

1. An action was filed on January 26, 2010, in the District Court of Mobile County, State of Alabama, entitled *DHS, Inc. d/b/a Roto Rooter  v. Equifax Information Services LLC, et al.*, Civil Action No. DV-2010-84 (the "State Court Action").

2. Equifax was served with the Complaint on January 29, 2010.  Citibank (South Dakota), N.A. was served with the Complaint on January 29, 2010.  Home Depot Credit Services, which apparently is not an actual entity, purportedly was served with the

Complaint on February 1, 2010.  Citibank (South Dakota), N.A.'s Consent to Removal, on behalf of both Citibank (South Dakota), N.A., and Home Depot Credit Services, is attached hereto as Exhibit A.

    3.    This Notice is being filed with this Court within thirty (30) days after Equifax was served with a copy of Plaintiff's initial pleading setting forth the grounds for his action and his claims for relief.

    4.    This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1331, in that this is a civil action arising under the Constitution, laws or treaties of the United States; specifically 15 U.S.C. § 1681 *et seq.*, otherwise known as the Fair Credit Reporting Act ("FCRA"),  as follows:

    (a)    Plaintiff's Complaint, on its face, alleges a violation of the FCRA.  (See Plaintiff's Complaint).

    (b)    The FCRA, pursuant to 15 U.S.C. § 1681(p), provides that any action alleging a violation of its provisions "may be brought in any appropriate United States district court without regard to the amount in controversy . . ."

    5.    Promptly after the filing of this Notice of Removal, Equifax shall give written notice of the removal to the plaintiff and to the Clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

    6.    Attached hereto, as Exhibit B, are copies of the entire file in the state court action pending in the Circuit Court of Mobile County, Alabama, Case No. DV-2010-84

    WHEREFORE, Equifax requests that the above-described action be removed to this Court.

Respectfully submitted,


/s/Kirkland E. Reid
Kirkland E. Reid (REIDK9451)
Attorney for Equifax Information
Services, LLC


OF COUNSEL:

Jones, Walker, Waechter, Poitevent,
   Carrere & Denegre, LLP
254 State Street
Mobile, AL 36603
251-432-1414
251-433-1001 (fax)
kreid@joneswalker.com

Brian J. Olson
Attorney for Equifax Information
Services, LLC

OF COUNSEL:
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, Georgia 30309
Tel: (404) 215-5806
Fax: (404) 572-5172
bjolson@KSLaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this 11th day of February 2010, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

R. Jeffrey Perloff, PC
1904 Dauphin Island Parkway
Mobile, Alabama  36605
Attorney for Plaintiff

And that I have mailed the foregoing to:

Andrew Moritz
Citigroup, Inc.
14000 Citicards Way #C1G - 1B23
Jacksonville, Florida  32258
Attorney for Defendant, Citibank (South Dakota), N.A.


/s/Kirkland E. Reid