# EXHIBIT A

Case 1:10-cv-00068-KD-C   Document 1-1   Filed 02/11/10   Page 1 of 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
MOBILE DIVISION

| | |
|---|---|
| DHS, INC. d/b/a ROTO-ROOTER<br><br>    Plaintiff,<br><br>v.<br><br>HOME DEPOT CREDIT SERVICES;<br>CITIBANK (SOUTH DAKOTA) N.A.;<br>& EQUIFAX INFORMATION<br>SERVICES, LLC separately and<br>severally;<br><br>    Defendants. | CIVIL NO. _____ |

## JOINDER IN NOTICE OF REMOVAL BY DEFENDANTS CITIBANK (SOUTH DAKOTA), N.A., AND CITIBANK (SOUTH DAKOTA), N.A., ERRONEOUSLY SUED AS HOME DEPOT CREDIT SERVICES

Pursuant to Section 1441 and 1446 of Title 28 of the United States Code, Defendants Citibank (South Dakota), N.A., and Citibank (South Dakota), N.A., erroneously sued as Home Depot Credit Services,[1] hereby join in and consent to the notice of removal of this action filed by Defendant Equifax Information Services LLC, without waiving their rights to assert any personal jurisdictional claims or other motions including Rule 12 motions and/or motions to compel arbitration as provided under the Federal Rules of Civil Procedure and applicable law.

---

[1] Citibank (South Dakota), N.A. is not aware of any actual entity entitled "Home Depot Credit Services," but assumes that Plaintiff intends to sue Citibank (South Dakota), N.A., the issuer of the Home Depot branded credit card account that is the subject of the Complaint in the above-referenced action.

{B1120928}

Dated: February 11, 2010

                              Respectfully submitted,

                              */s/ W. Drake Blackmon*
                              W. Drake Blackmon
                              Starnes & Atchison, LLP
                              100 Brookwood Place, 7th Floor
                              Birmingham, AL 35209
                              (205) 868-6061
                              (205)868-6099 *Facsimile*
                              wdb@starneslaw.com

                              Attorney for Defendant Citibank (South
                              Dakota), N.A., and Defendant Citibank
                              (South Dakota), N.A., erroneously sued as
                              Home Depot Credit Services