# EXHIBIT B

| State of Alabama<br>Unified Judicial System<br>Form ARCivP-93    5/99 | **COVER SHEET**<br>**DISTRICT COURT - CIVIL CASE**<br>(Not for Domestic Relations Cases) | Case Number<br>DV ☐☐☐☐☐☐☐☐-☐☐-☐☐<br>Date of Filing<br>☐☐ ☐☐ ☐☐<br>Month  Day  Year |
|---|---|---|

### GENERAL INFORMATION

IN THE DISTRICT COURT OF _____ MOBILE _____ COUNTY, ALABAMA
(Name of County)

__DHS, INC. d/b/a ROTO-ROOTER__  v.  __HOME DEPOT CREDIT SERVICES, et al__
PLAINTIFF                               DEFENDANTS

First Plaintiff  **XX** Business  ☐ Individual        First Defendant  **XX** Business  ☐ Individual
                 ☐ Government  ☐ Other                                   ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action by checking box (check one only) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice – Medical
- ☐ TOLM - Malpractice – Legal
- ☐ TOOM - Malpractice – Other
- ☐ TOXX - Other_____

**TORTS: PROPERTY INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adult in Need of Protective Services

**OTHER CIVIL FILINGS (con't)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages actions/Declaratory Judgment/Injunction/Election Contest/Quiet Title/Sale for Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- **XX** DVXX - Miscellaneous District Civil Case

ORIGIN (check one):  F **XX** INITIAL FILING    A ☐ APPEAL FROM DISTRICT COURT    O ☐ OTHER:_____
                     R ☐ REMANDED              T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?**  ☐ YES  **XX** NO    Note: Checking "Yes" does not constitute a demand for a jury trial (See Rules 38 and 39, ARCP, for procedure)

**RELIEF REQUESTED:**  **XX** MONETARY AWARD REQUESTED    ☐ NO MONETARY AWARD REQUESTED

ATTORNEY CODE:  **PER033**    Date: _1-21-10_    Signature of Attorney/Party filing this form: _____

**MEDIATION REQUESTED:**  ☐ YES   ☐ NO   **X** UNDECIDED

| State of Alabama | | Case Number |
|---|---|---|
| Unified Judicial System | SUMMONS - CIVIL | DV-2010- 84 |

### IN THE DISTRICT COURT OF MOBILE COUNTY, ALABAMA

DHS, INC. d/b/a ROTO-ROOTER    v.    HOME DEPOT CREDIT SERVICES, et al

Plaintiff,                                                                              Defendants,

NOTICE TO:   **HOME DEPOT CREDIT SERVICES**
Post Office Box 653013
Dallas, Texas 75265-3013

**TO BE SERVED BY:**
**CERTIFIED MAIL**

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You or your attorney are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to R. JEFFREY PERLOFF, Attorney for Plaintiff, whose address is 1904 Dauphin Island Parkway, Mobile, Alabama 36605. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN FOURTEEN (14) DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE CLERK OF THIS COURT.

_____   TO ANY SHERIFF OR ANY PERSON AUTHORIZED by either Rule 4.1(b)(2) or 4.2(b)(2) or 4.4(b)(2) of the Alabama Rules of Civil Procedure: You are hereby commanded to serve this Summons and a copy of the Complaint in this action upon Defendant.

XXXX   This service by certified mail of this Summons is initiated upon written request of the Plaintiff pursuant to Rule 4.1(c) of the Alabama Rules of Civil Procedure.

R. JEFFREY PERLOFF    (PER033)

_____, 2010        By:_____
Date                                                    CLERK

RETURN ON SERVICE:

___ Certified Mail return receipt received in this office on (Date) _____ (Return receipt attached hereto).

___ I certify that I personally delivered a copy of the Summons and Complaint to _____ County, Alabama, on (Date) _____.

_____, 2010        _____
Date                                   Server Signature

Address of Server

Type of Process Server

| State of Alabama | | Case Number |
|---|---|---|
| Unified Judicial System | SUMMONS - CIVIL | DV-2010- 84 |

## IN THE DISTRICT COURT OF MOBILE COUNTY, ALABAMA

DHS, INC. d/b/a ROTO-ROOTER      v.      HOME DEPOT CREDIT SERVICES, et al

Plaintiff,                                          Defendants,

NOTICE TO:   CITIBANK (SOUTH DAKOTA), N.A.
701 E. 60th Street North
Sioux Falls, South Dakota 57104

**TO BE SERVED BY:**
**CERTIFIED MAIL**

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You or your attorney are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to R. JEFFREY PERLOFF, Attorney for Plaintiff, whose address is 1904 Dauphin Island Parkway, Mobile, Alabama 36605. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN FOURTEEN (14) DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE CLERK OF THIS COURT.

_____    TO ANY SHERIFF OR ANY PERSON AUTHORIZED by either Rule 4.1(b)(2) or 4.2(b)(2) or 4.4(b)(2) of the Alabama Rules of Civil Procedure: You are hereby commanded to serve this Summons and a copy of the Complaint in this action upon Defendant.

XXXX    This service by certified mail of this Summons is initiated upon written request of the Plaintiff pursuant to Rule 4.1(c) of the Alabama Rules of Civil Procedure.

R. JEFFREY PERLOFF      (PER033)

_____, 2010       By: _____
Date                            CLERK

**RETURN ON SERVICE:**

___ Certified Mail return receipt received in this office on (Date) _____ (Return receipt attached hereto).

___ I certify that I personally delivered a copy of the Summons and Complaint to _____ County, Alabama, on (Date) _____ in

_____, 2010       _____
Date                            Server Signature

Address of Server
_____          _____
                    Type of Process Server
_____

| State of Alabama | SUMMONS - CIVIL | Case Number |
|---|---|---|
| Unified Judicial System | | DV-2010- 84 |

### IN THE DISTRICT COURT OF MOBILE COUNTY, ALABAMA

DHS, INC. d/b/a ROTO-ROOTER    v.    HOME DEPOT CREDIT SERVICES, et al

Plaintiff,            Defendants,

**NOTICE TO:**    EQUIFAX INFORMATION SERVICES, LLC
c/o CSC Lawyers Incorporating Svc - Reg. Agent
150 S. Perry Street
Montgomery, Alabama 36104

**TO BE SERVED BY: CERTIFIED MAIL**

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You or your attorney are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to R. JEFFREY PERLOFF, Attorney for Plaintiff, whose address is 1904 Dauphin Island Parkway, Mobile, Alabama 36605. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN FOURTEEN (14) DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE CLERK OF THIS COURT.

---

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by either Rule 4.1(b)(2) or 4.2(b)(2) or 4.4(b)(2) of the Alabama Rules of Civil Procedure: You are hereby commanded to serve this Summons and a copy of the Complaint in this action upon Defendant.

**XXXX**    This service by certified mail of this Summons is initiated upon written request of the Plaintiff pursuant to Rule 4.1(c) of the Alabama Rules of Civil Procedure.

R. JEFFREY PERLOFF    (PER033)

_____, 2010       By: _____
Date                                          CLERK

**RETURN ON SERVICE:**

___ Certified Mail return receipt received in this office on (Date) _____. (Return receipt attached hereto).

___ I certify that I personally delivered a copy of the Summons and Complaint to _____ County, Alabama, on (Date) _____.

_____, 2010       _____
Date                                  Server Signature

Address of Server

Type of Process Server

IN THE DISTRICT COURT OF MOBILE COUNTY, ALABAMA
CIVIL DIVISION

DHS, INC.
d/b/a ROTO-ROOTER

    Plaintiff,

vs

HOME DEPOT CREDIT SERVICES;
CITIBANK (SOUTH DAKOTA) N.A.;
& EQUIFAX INFORMATION SERVICES, LLC
separately and severally

    Defendants,

CIVIL ACTION NUMBER:
DV-2010- 84

## COMPLAINT

1. This action is brought pursuant to the *Fair Credit Reporting Act*, 15 U.S.C. §1681, et seq.

2. The Plaintiff, DHS, INC., is an Alabama corporation with its principal place of business in Mobile, (Mobile County), Alabama, and was doing business as ROTO-ROOTER, (hereinafter referred to as "ROTO-ROOTER"), at all times material hereto.

3. The Defendant, HOME DEPOT CREDIT SERVICES, is a consumer reporting agency as that term is defined by 15 U.S.C. §1681a(f).

4. The Defendant, CITIBANK (SOUTH DAKOTA) N.A., (hereinafter referred to as "CITIBANK"), is a consumer reporting agency as that term is defined by 15 U.S.C. §1681a(f), and was the financial institution which maintained the HOME DEPOT credit card account(s) referred to herein.

5. The Defendant, EQUIFAX INFORMATION SERVICES, LLC, (hereinafter referred to as "EQUIFAX"), is a foreign limited liability company, qualified to conduct business in the State of Alabama. EQUIFAX is a consumer reporting agency as that term is defined by 15 U.S.C. §1681a(f), and is one of numerous nationally known credit reporting agencies/bureaus for individual and business credit accounts.

6. ROTO-ROOTER applied for, and received, a HOME DEPOT credit card to be used for business purposes.

7. Subsequent to the issuance of said HOME DEPOT credit card, Russell A. Hines, an employee of ROTO-ROOTER, undertook to make fraudulent, illegal, and unauthorized charges to said credit card.

8. When ROTO-ROOTER received the HOME DEPOT statement reflecting said fraudulent, illegal, and unauthorized charges, ROTO-ROOTER turned the matter over to the Baldwin County, Alabama law enforcement authorities and the Baldwin County, Alabama District Attorney's Office. Subsequent thereto, ROTO-ROOTER's former employee, Russell A. Hines, plead guilty to criminal felony charges in the case styled State of Alabama v. Russell A. Hines, bearing case number CV-2006-364 in the Circuit Court of Baldwin County, Alabama. Furthermore, as a result of said criminal felony conviction, Russell A. Hines was ordered by the Circuit Court of Baldwin County, Alabama to pay restitution to HOME DEPOT CREDIT SERVICES.

9. By virtue of the fact that said charges made by Russell A. Hines were fraudulent, illegal, and unauthorized, and by further virtue of the fact that said Russell A. Hines was convicted of criminal felony charges, ROTO-ROOTER had no legal or other

obligation to pay for said charges.

10. On multiple and numerous occasions, ROTO-ROOTER has corresponded with and/or otherwise made it known to the Defendants in this action that Russell A. Hines had been convicted of criminal felony charges in connection with his actions as alleged herein.

11. Despite ROTO-ROOTER's multiple and numerous continued efforts to apprise the Defendants of the facts alleged herein, the Defendants have continued to illegally harass and/or otherwise attempt to collect said monies from ROTO-ROOTER which ROTO-ROOTER does not owe.

12. Despite the facts stated herein, the Defendants have continued to refuse to correct adverse credit information that said Defendants have caused to be disseminated on Plaintiff's credit report and which has adversely affected Plaintiff's ability to obtain business credit and has adversely affected Plaintiff's business reputation.

13. Defendants' conduct as stated herein constitutes a violation of the duties imposed by 15 U.S.C. §1681i.

14. The Plaintiff's credit report contains false information because the Defendants negligently and/or willfully failed to follow reasonable procedures to assure the maximum possible accuracy of the information which Defendants reported related to Plaintiff, in violation of 15 U.S.C. §1681e(b).

15. Pursuant to 15 U.S.C. §1681o, the Plaintiff claims attorney's fees of the Defendants.

16. Pursuant to 15 U.S.C. §1681n, the Plaintiff claims punitive damages and attorney's fee of the Defendants.

WHEREFORE, the Plaintiff, DHS, INC. d/b/a ROTO-ROOTER, prays this Honorable

3

Court will enter judgment against the Defendants, HOME DEPOT CREDIT SERVICES, CITIBANK (SOUTH DAKOTA), N.A., and EQUIFAX INFORMATION SERVICES, LLC, and award to Plaintiff the following relief: (1) damages in the sum of $10,000.00, plus attorney's fees and Court costs; (2) entry of an injunction commanding the Defendants to delete the said and all other unverified and adverse information from Defendants' files with regard to the Plaintiff; (3) entry of an injunction commanding the Defendants to notify all recipients of said information of such deletions; (4) entry of an injunction commanding the Defendants to never again report unverified, false information of and/or concerning Plaintiff; and (5) award any such other, further, or different relief to the Plaintiff as may be just and proper in the premises.

R. JEFFREY PERLOFF, P.C.

R. JEFFREY PERLOFF
Attorney for Plaintiff
1904 Dauphin Island Parkway
Mobile, Alabama 36605
Telephone: (251) 478-6899
Fax: (251) 478-7198
PER033
E-Mail: jperlofflaw@hotmail.com

**SERVE DEFENDANTS VIA CERTIFIED MAIL AS FOLLOWS:**

HOME DEPOT CREDIT SERVICES
Post Office Box 653013
Dallas, Texas  75265-3013

CITIBANK (SOUTH DAKOTA), N.A.
701 E. 60th Street North
Sioux Falls, South Dakota  57104

EQUIFAX INFORMATION SERVICES, LLC
c/o CSC Lawyers Incorporating Service, Inc.
150 S. Perry Street
Montgomery, Alabama  36104



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   CITIBANK (SOUTH DAKOTA), N.A.
   701 E. 60th Street North
   Sioux Falls, South Dakota 57104

   DW10-84

2. Article Number
   (Transfer from service label)

   7001 1140 0002 0766 0689

PS Form 3811, February 2004    Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
   JAN 2 9 2010

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

102695-02-M-1540

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Clerk - Civil Division
MOBILE COUNTY DISTRICT COURT
205 Government Street - 3rd Floor
Mobile, Alabama  36644

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

EQUIFAX INFORMATION SVCS, LLC
c/o CSC Lawyers Inc. Service, Inc.
150 S. Perry Street
Montgomery, Alabama 36104

DV10-84

2. Article Number
   (Transfer from service label)

   7001 1140 0002 0766 0696

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X James J. Bellamy
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)
   JAMES S. BELLAMY JR.

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   RECEIVED JAN 2 9 2010

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Clerk - Civil Division
MOBILE COUNTY DISTRICT COURT
205 Government Street - 3rd Floor
Mobile, Alabama 36644



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>FEB 0 1 2010 |
| 1. Article Addressed to:<br><br>HOME DEPOT CREDIT SERVICES<br>Post Office Box 653013<br>Dallas, Texas  75265-3013<br><br>DV10-84 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7001 1140 0002 0766 0672 |

PS Form 3811, February 2004          Domestic Return Receipt                102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box



Clerk - Civil Division
MOBILE COUNTY DISTRICT COURT
205 Government Street - 3rd Floor
Mobile, Alabama  36644