IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DHS, INC., d/b/a ROTO-ROOTER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO. 10-0068-KD-C** |
| ) | |
| **HOME DEPOT CREDIT SERVICES;** ) | |
| **CITIBANK (SOUTH DAKOTA) N.A.;** ) | |
| **& EQUIFAX INFORMATION** ) | |
| **SERVICES, LLC.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

This action is before the Court on the Stipulation for Dismissal with Prejudice as to All Defendants (doc. 15). The parties stipulate to dismissal with prejudice of plaintiff's claims against the defendants and stipulate that each party shall bear its own costs. The stipulation is signed by all parties who appeared in this action.

Upon consideration of the stipulation, and pursuant to the provisions of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is **DISMISSED with prejudice** and the Clerk of the Court is directed to close this file.

No other order shall be forthcoming from the court except upon application by either party for final judgment as prescribed by Rule 58, Federal Rules of Civil Procedure.

Pursuant to the stipulation, each party shall bear its own costs.

**DONE** this March 10, 2010.

        s / Kristi K. DuBose
        **KRISI K. DUBOSE**
        **UNITED STATES DISTRICT JUDGE**